*U.S. DISTRICT COURT*
*WESTERN DISTRICT OF LOUISIANA*
*RECEIVED LAFAYETTE*
*OCT 29 2013*
*TONY R. MOORE, CLERK*
*WESTERN DISTRICT OF LOUISIANA*
*LAFAYETTE, LOUISIANA*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 2:10-cr-00367 |
| | CIVIL ACTION NO. 2:13-cv-00551 |
| VERSUS | JUDGE HAIK |
| VINCENT E. DaPRINCE | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the defendant's motion to vacate, set aside, or correct his sentence (Rec. Doc. 154) is **DENIED**, consistent with the report and recommendation.

Lafayette, Louisiana, this 28th day of October, 2013.

*Richard T. Haik*
United States District Judge